UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02092-JLS-ADS                                    Date: July 22, 2021
Title:  Bill Wood v. North American Van Lines, Inc. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                 Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL OF DEFENDANT NORTH AMERICAN VAN LINES, INC.**

On October 29, 2020, Plaintiff filed this action against Defendants CRST Specialized Transportation, Inc. ("CRST"), Beltmann Group Incorporated d/b/a Beltmann Relocation Group ("Beltmann"), and North American Van Lines, Inc. ("NAVL").  (Compl., Doc. 1.)  Plaintiff requested the Clerk to issue summons as to CRST and Beltmann (Docs. 3, 4), which the Clerk issued on November 3, 2020 (Doc. 8).  To date, however, Plaintiff has not requested summons to be issued as to Defendant NAVL, and NAVL has not yet appeared or otherwise participated in the action.

Plaintiff is therefore ORDER TO SHOW CAUSE, in writing, **no later than five (5) days from the date of this Order**, why NAVL should not be dismissed from this action.  A notice of dismissal as to NAVL will be a sufficient response to this Order.

                                                                        Initials of Deputy Clerk: mku